## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AMY THOMAS-LAWSON,

        Plaintiff,

v.                                      Case No:   6:22-cv-174-RBD-LHP

DIRECT RECOVERY SERVICES,
LLC.,

        Defendant.

_____

### <u>ORDER OF DISMISSAL</u>

    This cause is before the Court upon Plaintiff's Notice of Settlement filed on

August 4, 2022, (Doc. 12), indicating that this case has settled.   Accordingly, it is

**ORDERED AND ADJUDGED**:

    1.    That the above-styled cause is hereby **DISMISSED WITH**

    **PREJUDICE,** subject to the right of any party to move the Court

    within sixty (60) days thereafter for the purpose of entering a

    stipulated form of final order or judgment; or, on good cause shown,

    to reopen the case for further proceedings.

    2.    All pending motions are denied as moot and all deadlines and

hearings are terminated.

3.      The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 4,

2022.

ROY B. DALTON JR.
United States District Judge